# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00147-CV

**Cynthia Roshelle Alexander, Appellant**

**v.**

**Clifford Wayne Spence, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT NO. FM402424, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

### M E M O R A N D U M  O P I N I O N

After appellant Cynthia Roshelle Alexander filed her notice of appeal, she learned that the trial court had not signed a final order reflecting the determinations made at a hearing held in February. On May 31, we abated the appeal to allow time for the trial court to enter a final judgment. On June 20, appellant notified this Court that she had decided not to pursue her appeal. In accordance with appellant's wishes, we dismiss the appeal. *See* Tex. R. App. P. 42.1.

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed

Filed:   June 30, 2005